ALBANY,
August, 1810.

Cock
v.
Bunn.

*Where a rule expires on Sunday, the last day is not reckoned; and the party has all the next day to do what is required.*

## Cock *against* Bunn.

THIS cause was removed to this court, by *habeas corpus*, from the mayor's court, returnable on the first *Monday* of *May* last. On the 7th of *May*, the defendant's attorney was served with a copy of the declaration, and notice of a rule, to file bail in 20 days, or that a *procedendo* issue, and also, that the defendant plead in 20 days, or judgment.

The 27th day of *May* was *Sunday*, and on *Monday*, the 28th of *May*, the plaintiff having entered a default, took out a *procedendo*.

*Hopkins*, for the defendant, now moved to set aside the default, and subsequent proceedings. He contended, that the last day of the time for putting in bail and pleading, being *Sunday*, the defendant had all the next day for that purpose. He cited 1 *Str.* 86. *Salk.* 684. 1 *Selon*, 336.

*Champlin*, contra, cited 3 *Johns. Rep.* 261. 3 *Term Rep.* 642. The defendant had as many *law days*, as in any other case.

*Per Curiam.* Where the rule to plead expires on *Sunday*, the defendant has the next day, in which to plead. Where the last day is *Sunday*, that is to be rejected. We adopt the practice of the *English* court, in this respect.

Rule granted.